IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, </br></br>  Plaintiff, </br></br> V. </br></br> BARBEQUE VENTURES, LLC, BARBEQUE VENTURES OF NEBRASKA, LLC, and OLD MARKET VENTURES, LLC, </br></br>  Defendants. | CASE NO. 8:06CV676 </br></br></br></br></br> ORDER |

IT IS ORDERED:

1. The Defendants' unopposed motion for an extension of time (Filing No. 32) is granted; and

2. The Defendants' evidence and brief in response to the Plaintiff's Motion for Summary Judgment shall be filed on or before Thursday, November 8, 2007.

DATED this 29th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge