## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, | CASE NO. 8:06CV676 |
| Plaintiff, | |
| v. | ORDER |
| BARBEQUE VENTURES, LLC, BARBEQUE VENTURES OF NEBRASKA, LLC, and OLD MARKET VENTURES, LLC, | |
| Defendants. | |

IT IS ORDERED:

1. The Defendants' unopposed motion for an extension of time (Filing No. 34) is granted;

2. The Defendants' evidence and brief in response to the Plaintiff's Motion for Summary Judgment shall be filed on or before Tuesday, November 13, 2007; and

3. The Parties' list of exhibits shall be filed on or before Monday, November 26, 2007.

DATED this 8th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge